# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

**No. 201600435**

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## REGINALD G. COLEMAN, JR.
Lance Corporal (E-3), U.S. Marine Corps
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel David M. Jones, USMC.
Convening Authority: Commanding Officer, Marine Corps Air Station, Beaufort, SC.
Staff Judge Advocate's Recommendation: Major Todd F. Eslinger, USMC.
For Appellant: Captain Armando A. Rodriguez-Feo, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 2 May 2017

————————————

Before MARKS, RUGH, and ELLINGTON, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court